IN THE UNITED STATES DISTRICT OF COLORADO

STEVEN MOSLEY

PLAINTIFF

vs.   Case No. '11 - CV - 00245 CMA-CBS

JBS USA, LLC

DEFENDANT

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 JAN 31 PM 3:40
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

## COMPLAINT

COMES the Plaintiff, by and through counsel, and for his Complaint, he states:

### PARTIES AND JURISDICTION

1.  Plaintiff is a resident and citizen of the State of Arkansas, who applied for a position with the Defendant, a Delaware Corporation, in the State of Colorado. This is an action for employment discrimination. Plaintiff timely filed the charge, alleging age discrimination with the EEOC. Plaintiff now files this action within 90 days of receiving his Right-To-Sue letter, issued on 11/24/10. Defendant may be served within this Court's district, so venue is proper under 28 USC 1391. Accordingly, this Court has personal jurisdiction over the parties, and venue is proper. This Court also has subject matter jurisdiction.

### GENERAL ALLEGATIONS OF FACT

2.  Plaintiff is a male over the age of 40.

3.  Defendant failed to hire Plaintiff because of his age.

4.  Upon information and belief, Plaintiff believes he was the best qualified, but Defendant hired a lesser qualified, but younger, individual. Defendant has discriminated against the Plaintiff on the basis of his age.

5.  Mr. Mosley emailed a resume and some supplemental information to the Human Resources representative, Ms. Gratton, for the Energy Trader position.

6.  In doing her due diligence on Mr. Mosley, Ms. Gratton, an employee of the Defendant, noted Mr. Mosley's extensive experience and then determined his approximate age

1

through general calculations from his information and then verified his exact age of 57 by doing a quick, no-cost people search on the Internet.

7. She then flagged him as an unacceptable candidate because of age and emailed him that the job was effectively filled in order to get rid of him. Mr. Mosley then called the hiring manager directly to inquire about the position. The hiring manager acknowledged that he didn't get the resume from H.R. and asked for it.

8. The hiring manager, Mr. Sampaio liked what he saw and told Mr. Mosley he wanted to interview him and would have H.R. set up a face-to-face interview. When asked to set up the interview, Ms. Bratton realized that Mr. Mosley was a candidate she purposefully prevented from being considered by the hiring manager because of age.

9. She then got with Mr. Sampaio, who was probably genuinely trying to get the best candidate possible, and told him that Mr. Mosley was not considered acceptable because of age. They then conspired to have Mr. Sampaio simply try to respond with polite vagueness on any further contact with Mr. Mosley in hopes of causing Mr. Mosley to eventually lose interest and go away.

10. They eventually went ahead and hired a candidate less qualified than Mr. Mosley and of an age not in his protected group. While superiorly qualified for the position and of immediate interest from the hiring manager, Mr. Mosley was denied consideration for the job because of age discrimination. Defendant failed to implement a procedure designed to hire the most qualified applicant.

## COUNT I

11. Plaintiff re-alleges the foregoing as if fully set out herein.

12. At all times relevant, Defendant employed more than 15 employees in an industry affecting interstate commerce.

13. This is an action brought to redress a violation of the ADEA and under the CADA.

14. Defendant discriminated against Plaintiff on the basis of his age.

9. As a direct and proximate cause of the Defendant's acts and omissions alleged herein, Plaintiff has lost wages, lost fringe benefits, and lost earning capacity.

10. All of Defendant's actions have been willful.

WHEREFORE, Plaintiff prays for appropriate compensatory damages exceeding seventy five thousand dollars, liquidated damages, for reinstatement or front pay, for a trial by jury, and for all other proper relief.

                                      Respectfully Submitted,

                                      HARRILL & SUTTER, P.L.L.C.
                                      Attorneys at Law
                                      310 West Conway Street
                                      PO Box 2012
                                      Benton, Arkansas 72015
                                      (501) 315-1910
                                      Attorneys for Plaintiff

By: _____
      Luther Oneal Sutter
      luthersutter@yahoo.com

For:  Steven Mosley, Plaintiff
       16 Riverwood Pl.
       Maumelle, AR 72113

g:\doc\jarrard\cplt.doc