IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00245-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 29, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| STEVEN MOSLEY, | Luther Sutter |
| Plaintiff, | |
| v. | |
| JBS USA, LLC, | Sarah Peace |
| | Walter Siebert |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:    2:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Defendant's Motion for a Protective Order and Plaintiff's Opposed Motion to Extend Discovery Deadline.

Discussion regarding 30(b)(6) depositions, interrogatories, and Rule 26(b)(2)(c).

**ORDERED:**   The Court treats the proposed 30(b)(6) notice as WITHDRAWN and Mr. Sutter shall draft a 30(b)(6) notice that is narrow in its focus, that does not seek to plow over old ground, and that does not seek to proceed with discovery in an inefficient manner. The revised 30(b)(6) notice is due on or before **October 10, 2011**.

HEARING CONCLUDED.

**Court in recess:      3:48 p.m.**
Total time in court:    1:16

## POST RECESS ORDER

By Magistrate Judge Craig B. Shaffer

**IT IS ORDERED** that Defendant's Motion for a Protective Order [Doc. No. 14] is DENIED WITHOUT PREJUDICE to Defendant's right to challenge Plaintiff's next 30(b)(6) notice.  Plaintiff's Opposed Motion to Extend Discovery Deadline [Doc. No. 18] is DENIED WITHOUT PREJUDICE for Plaintiff to seek an appropriate extension of time to complete 30(b)(6) depositions.

Dated: September 29, 2011.

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.