IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00245-CMA-CBS

STEVEN MOSLEY,

    Plaintiff,

v.

JBS USA, LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Unopposed Motion To Dismiss (Doc. # 22), it is

ORDERED that this case of action is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  October   20  , 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge